UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-cv-182-RJC

| | |
|---|---|
| DARON ALLEN PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon receiving Defendant Thomas Thompson's Motion to Dismiss and Answer, (Doc. No. 16). Defendant filed the pending motion to dismiss and Answer on September 30, 2013, without submitting an accompanying brief in support of the motion to dismiss. See Local Rule 7.1(C). If Defendant intends for the Court to rule on the motion to dismiss at this time, Defendant must first file a brief to accompany the motion to dismiss.

**IT IS SO ORDERED**.

Signed: November 8, 2013

Robert J. Conrad, Jr.
United States District Judge

1