# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DARON ALLEN PATTERSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-CV-00182-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| CARRIE NITZU | ) | |
| NORTH CAROLINA, STATE OF | ) | |
| THOMAS W. THOMPSON, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2015, Order.

Signed: January 13, 2015

Frank G. Johns, Clerk
United States District Court